UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Diana Mae Peterson,

    Plaintiff,

v.                                ORDER
                                   Civil No. 14-392(MJD/JJG)

Valley View Assisted Living,
et al.,

    Defendants.

_____

The above-entitled matter comes before the Court on Plaintiff's objections to the Report and Recommendation of Magistrate Judge Jeanne J. Graham dated February 27, 2014.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review, the Court will adopt the Report and Recommendation in its entirety.

IT IS HEREBY ORDERED:

1.     Plaintiff's Application for Leave to Proceed <u>In Forma Pauperis</u> [Doc. No. 2] is DENIED; and

2. This action is DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).

LET JUDGMENT BE ENTERED ACCORDINGLY

Date: April 21, 2014

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court